IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 20 2012
PATRICK E. DUFFY, CLERK
BY _____
Deputy Clerk

| | |
|---|---|
| FRANCIS HORIEL, CROWN CREATIONS CABINETMAKERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a foreign corporation f/k/a BURLINGTON NORTHERN, INC., and BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware Corporation, <br><br> Defendants. | CV 08-135-BLG-RFC <br><br><br><br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (DOC. 63) |

United States Magistrate Judge Carolyn Ostby recommends this Court deny Defendant's Motion to Dismiss (doc. 21) because Defendants failed to follow through with their representation that it would be withdrawn. Doc. 63. There being no objection to Judge Ostby's sound recommendation, her Findings and Recommendations are fully adopted by this Court.

Accordingly, **IT IS HEREBY ORDERED** Defendants' Motion to Dismiss (doc. 21) is **DENIED WITHOUT PREJUDICE**.

DATED this 20th day of August, 2012.

1

_____
RICHARD F. CEBULL
U.S. DISTRICT JUDGE